IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA, )
Plaintiff, )
)
v. ) Civil Action No. 3:26CV0610 (RCY)
)
COMMONWEALTH OF VIRGINIA, *et al.* )
Defendants. )
)

**ORDER**
**(Transferring Case)**

This matter is before the Court on its own initiative. It has come to the attention of the Court that the above-styled matter is related to another case currently pending before The Honorable United States District Judge Leonie M. Brinkema in the Alexandria Division of the Eastern District of Virginia. Accordingly, the Court hereby ORDERS that the Clerk TRANSFER this case to the Alexandria Division and REASSIGN the matter to Judge Brinkema.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Roderick C. Young
United States District Judge

Date: July 8, 2026
Richmond, Virginia