# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-2035 (LMB-LRV) |
| | ) | |
| v. | ) | |
| | ) | |
| THE COMMONWEALTH OF VIRGINIA and | ) | |
| THE VIRGINIA DEPARTMENT OF STATE | ) | |
| POLICE, | ) | |
| | ) | |
| Defendants. | ) | |

## RESPONSE TO COURT'S ORDER

Plaintiff submits the following response to the Court's July 24, 2026 Order [ECF 10] (ORDER).

In the ORDER the Court noted it had recently granted a Consent Motion to Stay in *McDonald, et al. v. Katz, et al.*, Civil Action No. l:26-cv-1305 (LMB-WEF), a nearly identical case, in order to allow the Supreme Court to resolve two cases: *Viramontes v. Cook County, Ill.*, No. 25-238, and *Grant v. Higgins*, No. 25-566. The Court found that a stay would also be proper in this civil action, where *Viramontes* and *Grant* raise nearly identical legal challenges to those presented by Plaintiff. Accordingly, the Court ordered Plaintiff to advise the Court within seven days as to whether this civil action should be stayed as well pending the Supreme Court's resolution of *Viramontes* and *Grant*.

Plaintiff agrees with the Court. This civil action should be stayed pending the Supreme Court's resolution of *Viramontes* and *Grant* or subsequent order of this court.

DATED: July 28, 2026

Respectfully submitted:

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS OSETE
Principal Deputy Assistant Attorney General

R. JONAS GEISSLER
Deputy Assistant Attorney General

*/s/ Barry K. Arrington*
BARRY K. ARRINGTON (TX 24129555)
Acting Chief
Second Amendment Section

ANDREW M. COFFARELLI
(VA No. 98793)
TRISTAN SILVA II (DC No. 90037513)
Trial Attorneys
Second Amendment Section

*/s/ Brian L. Repper*
BRIAN L. REPPER (VA No. 90254)

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
Telephone: (202) 304-8447
E-Mail: barry.arrington@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2