IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,        )

        Plaintiff,            )

        v.               )     1:26-cv-2035 (LMB-LRV)

COMMONWEALTH OF VIRGINIA, et al.,   )

        Defendants.       )

## ORDER

Plaintiff having advised the Court that this civil action should be stayed pending the United States Supreme Court's issuance of the mandates in both Viramontes v. Cook County, Ill., No. 25-238, and Grant v. Higgins, No. 25-566, two cases that raise nearly identical legal challenges to those presented by plaintiff here, it is hereby

ORDERED that all deadlines and proceedings in this matter be and are STAYED pending the United States Supreme Court's issuance of the mandates in both Viramontes and Grant, or until further order of this Court; and it is further

ORDERED that the parties file a joint status update and proposed schedule for further proceedings no later than 30 days after the mandates in both Viramontes and Grant have been issued, or upon further order of this Court.

The Clerk is directed to remove this civil action from the active docket of the Court and forward a copy of this Order to counsel of record.

Entered this 28 day of July, 2026.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge